RECEIVED IN PRO SE OFFICE
OCT 17, 2023 @ 4:22PM
VIA BOX.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ILYA FELIKSOVICH IOSILEVICH,

                           Plaintiff,

    -against-

THE CITY OF NEW YORK; KEECHANT SEWELL;
ALEXANDER R. CEDILLO;
JULIA NIKOLAYEVNA IVANISHINA;
PRONAB ADHIKARY; and JOHN DOES #1–5,

                          Defendants.
-----------------------------------------------------------X

**REPLY TO ORDER**
*Dated September 29, 2023*
**22 CV 3714 (RPK)(LB)**

Dear Hon. Louis Bloom, United States Magistrate,

On July 27, 2023, the Court directed the United States Marshals Service (USMS) to serve the summons and complaint on defendants. <u>See</u> ECF Order dated July 27, 2023. On September 26, 2023, the summons for Defendant Julia Nikolayevna Ivanishina was returned unexecuted, as the process server was unable to locate defendant at the address plaintiff provided. ECF No. 14.

The Court cannot investigate the whereabouts of a defendant. You directed me to provide the proper address where the defendant Ivanishina can be served by October 30, 2023 to avoid my complaint being dismissed against this Defendant. ECF No. 15. To comply with your Order dated September 29, 2023, After diligent search, I was able to locate Defendant Ivanishina's place of residence. Defendant Ivanishina resides at **390 Bailey Rd, Montgomery, NY 12549** in the private house located in Orange County, NY. Please note that Defendant Ivanishina is also known as *Julia Adhikary* by her married name.

                                                 ___/s/___*Ilya F. Iosilevich*_____
                                                 ILYA FELIKSOVICH IOSILEVICH
                                                    *Plaintiff Pro Se*

Dated: October 17, 2023
       Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ILYA FELIKSOVICH IOSILEVICH,

                Plaintiff,

  -against-

THE CITY OF NEW YORK; KEECHANT SEWELL;
ALEXANDER R. CEDILLO;
JULIA NIKOLAYEVNA IVANISHINA;
PRONAB ADHIKARY; and JOHN DOES #1–5,

                Defendants.
----------------------------------------------------------------X

**ORDER**
**22 CV 3714 (RPK)(LB)**

**BLOOM, United States Magistrate Judge:**

      On July 27, 2023, the Court directed the United States Marshals Service (USMS) to serve the summons and complaint on defendants. See ECF Order dated July 27, 2023. On September 26, 2023, the summons for defendant Julia Nikolayevna Ivanishina was returned unexecuted, as the process server was unable to locate defendant at the address plaintiff provided. ECF No. 14.

      The Court cannot investigate the whereabouts of a defendant. Plaintiff must provide the proper address where the defendant can be served. If plaintiff does not provide the Court with a proper service address for defendant Ivanishina by October 30, 2023, I shall recommend that plaintiff's complaint against defendant Ivanishina should be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

      SO ORDERED.

                                                               /S/
                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: September 29, 2023
       Brooklyn, New York