Case 1:22-cv-03714-RPK-LB   Document 49   Filed 05/01/24   Page 1 of 1 PageID #: 253

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ilya Feliksovich Iosilevich | 1:22-cv-03714-RPK-LB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The City of New York et al | O, S, C |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| City of New York c/o Corporation Counsel |

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

100 Church Street, New York, NY 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE Ilya Feliksovich Iosilevich
2401 Mermaid Avenue
Brooklyn, NY 11224-2209

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(**Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold                                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: *V. Martinez* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (718) 613-2610 | DATE 7/31/23 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk *S. Kenney* | Date 1/11/24 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* A. Goebler NYC law dep. | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 03/28/24   Time 1045   ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy   32457 |

| Service Fee | Total Mileage Charges including *endeavors)* 4 miles | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:
Only Tuesday-Thursday 9-5.
1 hrs. 01/19/24 Attempt 1   03/28/24 2nd Attempt

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00